George Rikos (SBN 204864)
george@georgerikoslaw.com
LAW OFFICES OF GEORGE RIKOS
225 Broadway, Suite 2100
San Diego, CA 92101
Telephone:  (858) 342-9161
Facsimile:   (858) 724-1453

Noam Glick (SBN 251582)
noam@glicklawgroup.com
Glick Law Group, P.C.
225 Broadway, Suite 2100
San Diego, CA 92101
Telephone: (619) 382-3400
Facsimile: (619) 615-2193

Attorneys for Plaintiff
DEBORAH ANDERSON

Frank M. Liberatore (SBN 119976)
Frank.Liberatore@jacksonlewis.com
Kristel B. Haddad (SBN 273250)
Kristel.Haddad@jacksonlewis.com
JACKSON LEWIS LLP
725 South Figueroa Street, Suite 2500
Los Angeles, California  90017-5408
Telephone:  (213) 689-0404
Facsimile:   (213) 689-0430

Attorneys for Defendant
EQUINOX HOLDINGS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH ANDERSON,<br><br>        Plaintiff,<br><br>    v.<br><br>EQUINOX HOLDINGS, INC., a Delaware corporation; EQUINOX FITNESS GLENDALE, INC., a California corporation; EQUINOX FITNESS IRVINE, INC., a California corporation; and DOES 1-50, inclusive,<br><br>        Defendants. | Case No.: 2:18-CV-03759-SVW-RAO<br><br>**PLAINTIFF'S [PROPOSED] JUDGMENT AFTER TRIAL BY COURT;**<br><br>**DEFENDANT'S [PROPOSED] JUDGMENT AFTER TRIAL BY COURT** |

**TO THE HONORABLE JUDGE STEPHEN V. WILSON**

Pursuant to the January 2, 2019 Findings of Fact and Conclusions of Law, the parties were ordered to confer and submit a Proposed Judgment. The parties timely conferred and were unable to reach agreement on a Joint Proposed Judgment. Therefore, each Party hereby submits their respective Proposed Judgment.

DATED: January 14, 2019          LAW OFFICES OF GEORGE RIKOS

By: /s/ George Rikos
George Rikos

Attorneys for Plaintiff
DEBORAH ANDERSON

DATED: January 14, 2019          JACKSON LEWIS P.C.

By: /s/ Frank M. Liberatore
Frank M. Liberatore
Kristel B. Haddad

Attorneys for Defendant
EQUINOX HOLDINGS, INC.

## **PLAINTIFF'S [PROPOSED] JUDGMENT**

1. The Court considered evidence in the case which was tried on October 9 and 10, 2018.

2. Appearances at trial for Plaintiff Deborah Anderson was made by George Rikos and Noam Glick. Appearances at trial for Defendant Equinox Holdings, Inc. were made by attorneys Frank M. Liberatore and Kristel B. Haddad.

3. The Court finds for Defendant Equinox Holdings, Inc., a Delaware corporation, and against Plaintiff Deborah Anderson for the following causes of action: (1) Failure to Pay Wages; (2) Failure to Provide Meal Breaks; (3) Failure to Provide Rest Breaks; (4) Failure to Provide Itemized Wage Statements; (5) Failure to Pay Wages When Due; (6) Unfair Business Practices in Violation of Business and Professions Code Sections 17200-17208; and (7) Failure to Indemnify pertaining to cellphone reimbursement. The Court finds for Plaintiff Deborah Anderson and against Defendant Equinox Holdings, Inc., a Delaware corporation for the seventh (7) cause of action for Failure to Indemnify as it pertains to unreimbursed mileage in the amount of $353.54 with prejudgment interest at the rate of 10% per annum simple interest through the date judgment is entered.

4. Judgment is entered in favor of Plaintiff Deborah Anderson and against Defendant Equinox Holdings, Inc. as follows:

   (a) Damages: **$353.54**.
   (b) Prejudgment Interest of: _____
   (c) Attorneys' Fees: _____
   (d) Costs and Expenses: _____
   **TOTAL:** _____

Dated: _____                    _____
                                    The Honorable Stephen V. Wilson

## **DEFENDANT'S [PROPOSED] JUDGMENT**

1. The Court considered evidence in the case which was tried on October 9 and 10, 2018.

2. Appearances at trial for Plaintiff Deborah Anderson was made by George Rikos and Noam Glick. Appearances at trial for Defendant Equinox Holdings, Inc. were made by attorneys Frank M. Liberatore and Kristel B. Haddad.

3. Judgment is entered by the Court as follows: For Defendant Equinox Holdings, Inc., a Delaware corporation, and against Plaintiff Deborah Anderson for the following causes of action: (1) Failure to Pay Wages; (2) Failure to Provide Meal Breaks; (3) Failure to Provide Rest Breaks; (4) Failure to Provide Itemized Wage Statements; (5) Failure to Pay Wages When Due; (6) Unfair Business Practices in Violation of Business and Professions Code Sections 17200-17208; and (7) Failure to Indemnify pertaining to cellphone reimbursement. For Plaintiff Deborah Anderson and against Defendant Equinox Holdings, Inc., a Delaware corporation for the seventh (7) cause of action for Failure to Indemnify only as it pertains to unreimbursed mileage in the amount of $353.54 with prejudgment interest at the rate of 10% per annum simple interest in the amount of $130.84 through January 15, 2019.

4. Costs in the amount of $_____ in favor of Defendant and against Plaintiff Deborah Anderson.

Dated: _____          _____

The Honorable Judge Stephen V. Wilson

4838-6280-0005, v. 3