JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH ANDERSON,<br><br>            Plaintiff,<br><br>     v.<br><br>EQUINOX HOLDINGS, INC., a Delaware corporation; EQUINOX FITNESS GLENDALE, INC., a California corporation; EQUINOX FITNESS IRVINE, INC., a California corporation; and DOES 1-50, inclusive,<br><br>            Defendants. | Case No.: 2:18-CV-03759-SVW-RAO<br><br>**JUDGMENT AFTER TRIAL BY COURT** |

/ / /

/ / /

/ / /

# JUDGMENT

1. The Court considered evidence in the case which was tried on October 9 and 10, 2018.

2. Appearances at trial for Plaintiff Deborah Anderson was made by George Rikos and Noam Glick. Appearances at trial for Defendant Equinox Holdings, Inc. were made by attorneys Frank M. Liberatore and Kristel B. Haddad.

3. Judgment is entered by the Court as follows: For Defendant Equinox Holdings, Inc., a Delaware corporation, and against Plaintiff Deborah Anderson for the following causes of action: (1) Failure to Pay Wages; (2) Failure to Provide Meal Breaks; (3) Failure to Provide Rest Breaks; (4) Failure to Provide Itemized Wage Statements; (5) Failure to Pay Wages When Due; (6) Unfair Business Practices in Violation of Business and Professions Code Sections 17200-17208; and (7) Failure to Indemnify pertaining to cellphone reimbursement. For Plaintiff Deborah Anderson and against Defendant Equinox Holdings, Inc., a Delaware corporation for the seventh (7) cause of action for Failure to Indemnify only as it pertains to unreimbursed mileage in the amount of $353.54 with prejudgment interest at the rate of 10% per annum simple interest in the amount of $130.84 through January 15, 2019.

Dated: January 18, 2019

_____
The Honorable Judge Stephen V. Wilson

4838-6280-0005, v. 3