Name: George Rikos (SBN 204864); Noam Glick (SBN 251582)
Address: 225 Broadway, Suite 2100
City, State, Zip: San Diego, California, 92101
Phone: (858) 342-9161
Fax: (858) 724-1453
E-Mail: george@georgerikoslaw.com; noam@glicklawgroup.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DEBORAH ANDERSON

PLAINTIFF(S),

v.

EQUINOX HOLDINGS, INC., a Delaware corporation, et al.

DEFENDANT(S).

CASE NUMBER: 2:18-cv-03759-SVW-RAO

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that __Deborah Anderson__ hereby appeals to the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):
   After Trial by Court [Doc. 76]

☐ Other (specify):

Imposed or Filed on __January 22, 2019__. Entered on the docket in this action on __January 22, 2019__.

A copy of said judgment or order is attached hereto.

February 20, 2019
Date

/s/George Rikos
Signature
☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).